

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TX MEDICAL OFFICE, LP,<br>FL MEDICAL OFFICE, LLC,<br>CA MEDICAL OFFICE, LP, AND<br>MOB PORTFOLIO ASSOCIATES, LLC, | § | |
| | § | No. 08-12-00263-CV |
| | § | Appeal from |
| Appellants, | § | 34th District Court |
| v. | § | of El Paso County, Texas |
| TENET HEALTH SYSTEM<br>HOSPITALS, INC. | § | (TC # 2010-1628) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the joint motion to dispose of the appeal and concludes the motion should be granted, in accordance with the opinion of this Court. We therefore vacate the trial court's judgment, dismiss the case, and render judgment effectuating the parties' settlement agreement in that all claims, counterclaims, or causes of action as to the "Alvarado Medical Plaza II" site are dismissed without prejudice and all remaining claims, counterclaims, or causes of action are dismissed with prejudice. We further order costs be assessed against the party incurring same. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF AUGUST, 2013.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.